FILED
2003 OCT 14 AM 9: 17
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

CHAMBERS COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIRON CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, LABORATORY CORPORATION OF AMERICA, NATIONAL GENETICS INSTITUTE,<br><br>    Defendants. | No. CV-03-3707 PJH<br><br>STIPULATED [PROPOSED] ORDER FOR DISCOVERY ON VENUE AND CONTINUING THE HEARING DATES ON DEFENDANTS' MOTION TO TRANSFER OR DISMISS AND ON THE INITIAL CASE MANAGEMENT CONFERENCE |

    Chiron Corporation ("Chiron") initiated this patent action against defendants Laboratory Corporation of America Holdings ("LabCorp Holdings"), Laboratory Corporation of America ("LabCorp"), and National Genetics Institute ("NGI") on August 7, 2003.

    On September 15, 2003, defendants LabCorp Holdings, LabCorp, and NGI filed a "Motion Under 28 U.S.C. § 1406(a) and Rule 12(b)(3) to Transfer or Dismiss for Improper Venue," ("Defendants' Motion to Transfer") and simultaneously filed supporting declarations. The declarations, made by David P. King, Senior Vice President of LabCorp Holdings and LabCorp,

**STIPULATED [PROPOSED] ORDER FOR DISCOVERY ON VENUE AND CONTINUANCE OF HEARING DATES**
sf-1579371

1   and Michael A. Aicher, Chief Executive Officer of NGI, include statements regarding NGI's lack of
2   contacts with the venue of the Northern District of California and all three defendants' contacts with
3   the venue of the Central District of California.
4       Chiron's opposition to the motion is currently due on October 15, 2003, and a hearing on
5   Defendants' Motion to Transfer is currently scheduled for November 5, 2003, at 9:00 a.m. In order
6   to oppose the motion, Chiron has asserted that it needs to conduct venue-related discovery.
7   However, because the parties have not yet conferred pursuant to Federal Rule of Civil Procedure
8   26(f), discovery may not yet commence without a stipulation or leave of the Court. *See* Fed. R.
9   Civ. Proc. 26(d). Defendants have agreed that plaintiff may pursue venue-related discovery prior to
10  the Rule 26(f) conference and have agreed to delay the venue hearing, but have asserted that they
11  should not have to prepare for and attend the Initial Case Management Conference, now scheduled
12  for December 18, 2003, before their Motion to Transfer is ruled upon. In response, Chiron has
13  agreed to reset the Initial Case Management Conference.
14      In light of the following, it is hereby stipulated and ORDERED that:
15      1.    Chiron may immediately commence to take venue-related discovery;
16      2.    The hearing on Defendants' Motion to Transfer is hereby taken off calendar on
17  November 5, 2003 and reset for January 14, 2003 at 9:00 a.m.;
18      3.    Chiron shall file and serve its Opposition to the Motion to Transfer no later than 28
19  days before the hearing date;
20      4.    Defendants shall file and serve their Reply in support of the Motion to Transfer no
21  later than 14 days before the hearing date; and
22      5.    The initial Case Management Conference is hereby taken off calendar for December
23  18, 2003 and reset for February 19, 2004 at 2:30 p.m.
24
25
26
27
28  STIPULATED [PROPOSED] ORDER FOR VENUE DISCOVERY AND CONTINUANCE OF HEARING DATES    2

sf-1579371

Dated: October 8, 2003

HELLER EHRMAN WHITE & McAULIFFE LLP

By: /s/ Jessica S. Pers
Jessica S. Pers

333 Bush Street
San Francisco, California 94104-2878
Tel: (415) 772-6000
Fax: (415) 772-6268

James W. Dabney
Stephen S. Rabinowitz
PENNIE & EDMONDS, LLP
1155 Avenue of the Americas
New York, New York 10036-2711
Tel: (212) 790-9090
Fax: (212) 869-9741
*Attorneys for Defendants Laboratory Corporation of America Holdings, Laboratory Corporation of America, National Genetics Institute*

Dated: October 8, 2003

MORRISON & FOERSTER LLP

By: /s/ Wesley Overson
Wesley Overson

425 Market Street
San Francisco, California 94105
Tel.: (415) 268-7000
Fax: (415) 268-7522
*Attorneys for Plaintiff Chiron Corporation*

IT IS SO ORDERED

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON

10/14/03
DATE

**STIPULATED [PROPOSED] ORDER FOR VENUE DISCOVERY AND CONTINUANCE OF HEARING DATES**

3

sf-1579371